# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> Joel Madrigal, <br><br> Defendant. | Case No. 17-cr-01550-LAB <br><br> JUDGMENT AND ORDER OF DISMISSAL OF SUPERSEDING INFORMATION, EXONERATE BOND AND RELEASE OF PASSPORT |

FILED AUG 16 2018 CLERK US DISTRICT COURT SOUTHERN DISTRICT OF CALIFORNIA BY DEPUTY

Upon motion of the UNITED STATES OF AMERICA and good cause appearing,

IT IS SO ORDERED that the Superseding Information in the above-entitled case be dismissed with prejudice, the bond be exonerated, and passport released by Pretrial if held.

Dated: 8/16/18

Hon. Jill L. Burkhardt
United States Magistrate Judge